IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSHUA DALE DAVIS                                                                                    PLAINTIFF
# 038849

v.                                             3:25CV00212-BSM-JTK

CROSS COUNTY SHERIFF'S OFFICE, et al.                                              DEFENDANTS

**ORDER**

Having reviewed Joshua Dale Davis's ("Plaintiff") Complaint (Doc. No. 2) for screening purposes,[1] the Court concludes service of Plaintiff's excessive force claims against Defendants Jail Guard Allan Doe and Jail Guard Chris Doe in their personal capacities is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants Jail Guard Allan Doe and Jail Guard Chris Doe. The United States Marshal shall serve a copy of the Complaint (Doc. No. 2), Summons, and this Order on these Defendants without prepayment of fees and costs or security therefore. Service should be attempted through the Cross County Detention Center, 1600 South Falls Boulevard, Wynne, Arkansas 72396.

Dated this 7th day of October, 2025.

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).