# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JOSHUA DALE DAVIS**                                                **PLAINTIFF**
**# 038849**

v.                 **CASE NO. 3:25-CV-00212-BSM-JTK**

**CROSS COUNTY**
**SHERIFF'S OFFICE**, *et al.*                                          **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 4] is adopted. First, Joshua Davis's claim against the Cross County Detention Center is dismissed without prejudice because detention centers are not "persons" subject to suit under under 42 U.S.C. § 1983. *See De La Garza v. Kandiyohi Cty. Jail, Corr. Inst.*, 18 F. App'x 436, 437 (8th Cir. 2001). Second, Davis's claims against defendants in their official capacities are dismissed without prejudice because he has not pled that a policy, practice, or deliberately indifferent failure to train or supervise caused his injuries. *See Corwin v. City of Independence, Missouri*, 829 F.3d 695, 699 (8th Cir. 2016) (citing *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658, 691 (1978)). Third, Davis's retaliation claim is dismissed without prejudice because he fails to show his unrelated lawsuit caused retaliatory animus. Davis's excessive force claims against Jail Guards Allan Doe and Chris Doe may proceed. The clerk is directed to update the case style to reflect the dismissal

of Cross County Sheriff's Office and add Allan Doe and Chris Doe as defendants.

    IT IS SO ORDERED this 24th day of October, 2025.

_____<br>
UNITED STATES DISTRICT JUDGE