**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

JOSHUA DALE DAVIS                                                                        PLAINTIFF
ADC # 167375

v.                                               3:25CV00212-BSM-JTK

CROSS COUNTY SHERIFF'S OFFICE, et al.                                        DEFENDANTS


**ORDER**

Plaintiff's Complaint is pending before the Court.  (Doc. No. 2).  After screening Plaintiff's allegations pursuant to the Prison Litigation Reform Act, the Court directed service of Plaintiff's excessive force claims against Defendants Chris Doe and Allan Doe in their personal capacities.  (Doc. No. 5).  After an unsuccessful attempt at service, the Court directed Plaintiff to provide additional identifying information for the Defendants.  (Doc. No. 17).  Plaintiff has done so.  (Doc. No. 18).  Plaintiff identified Defendants as Alan Whitworth and Chris Corker.  (Id.).  Accordingly, the Clerk of the Court is directed to correct Defendants' names on the docket.

IT IS SO ORDERED this 4th day of March, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE