**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

JOSHUA DALE DAVIS                                                          PLAINTIFF
ADC # 167375

v.                                    3:25CV00212-BSM-JTK

CROSS COUNTY SHERIFF'S OFFICE, et al.                         DEFENDANTS

### **ORDER**

Having reviewed Joshua Dale Davis's ("Plaintiff") Complaint (Doc. No. 2) for screening

purposes,[1] the Court concludes service of Plaintiff's excessive force claims against Defendants

Jail Guard Alan Whitworth and Jail Guard Chris Corker in their personal capacities is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for

Defendants Jail Guard Allan Doe and Jail Guard Chris Doe.  The United States Marshal shall

serve a copy of the Complaint (Doc. No. 2), Summons, and this Order on these Defendants without

prepayment of fees and costs or security therefore.   Service should be attempted through the Cross

County Detention Center, 1600 South Falls Boulevard, Wynne, Arkansas 72396.

Dated this 4th day of March, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee.   28 U.S.C. § 1915A(a).