## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

JOSHUA DALE DAVIS                                                              PLAINTIFF
ADC # 167375

v.                                      3:25CV00212-BSM-JTK

CROSS COUNTY SHERIFF'S OFFICE, et al.                          DEFENDANTS

### ORDER

Having reviewed Joshua Dale Davis's ("Plaintiff") Complaint (Doc. No. 2) for screening purposes,[1] the Court served Plaintiff's excessive force claims against Defendants Jail Guard Alan Whitworth and Jail Guard Chris Corker in their personal capacities.   Summonses were returned executed.   (Doc. Nos. 26, 27).   But the signature cards fail to adequately show that each of these Defendants accepted service.   (Id.).   Instead, the signature on each of the card reads "LN Hagler." (Doc. No. 26 at 2; Doc. No. 27 at 2).   Accordingly, I find that service on Defendants Whitworth and Corker is not in compliance with Federal Rule of Civil Procedure 4(e).   Service on Defendants Whitworth and Corker is, accordingly, set aside.    The Court will attempt service on Defendants again.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants Alan Whitworth and Chris Corker.   The United States Marshal shall serve a copy of the Complaint (Doc. No. 2), Summons, and this Order on these Defendants without prepayment

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee.   28 U.S.C. § 1915A(a).

of fees and costs or security therefore. Service should be attempted through the Cross County Detention Center, 1600 South Falls Boulevard, Wynne, Arkansas 72396.

The Clerk of the Court is directed to send a copy of this Order to Cross County Sheriff David West, 1600 South Falls Blvd., Wynne, Arkansas 72396

Dated this 22nd day June, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE