**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

JOSHUA DALE DAVIS
ADC # 167375 PLAINTIFF

v. 3:25CV00212-BSM-JTK

CROSS COUNTY SHERIFF'S OFFICE, et al. DEFENDANTS

**ORDER**

Having reviewed Joshua Dale Davis's ("Plaintiff") Amended Complaint (Doc. No. 35) for screening purposes,[1] the Court concludes service of Plaintiff's excessive force claims against Defendants Chris Corker and Alan Whitworth in their personal capacities is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants Chris Corker and Alan Whitworth. The United States Marshal shall serve a copy of the Amended Complaint (Doc. No. 35), Summons, and this Order on these Defendants without prepayment of fees and costs or security therefore. Service on Defendant Corker should be attempted at 482 C.R. 338, Cherry Valley, Arkansas 72324. Service on Defendant Whitworth should be attempted at 903 Church Street, Wynne, Arkansas 72396.

Dated this 17th day of August, 2026.

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).