**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JOSHUA DALE DAVIS** **PLAINTIFF**
ADC #167375

**v.** **CASE NO. 3:25-CV-00212-BSM-JTK**

**CHRIS CORKER, *et al.*** **DEFENDANTS**

# ORDER

Magistrate Judge Jerome T. Kearney's partial recommended disposition [Doc. No. 36] is adopted and Joshua Davis's failure to protect, failure to train, negligence, and official capacity claims are dismissed without prejudice. The clerk is directed to terminate defendants David West and L.N. Hagler as parties.

IT IS SO ORDERED this 15th day of September, 2026.

UNITED STATES DISTRICT JUDGE