**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

JOSHUA DALE DAVIS
ADC # 167375 PLAINTIFF

v. 3:25CV00212-BSM-JTK

CHRIS CORKER, et al. DEFENDANTS

**ORDER**

Having reviewed Joshua Dale Davis's ("Plaintiff") Amended Complaint (Doc. No. 35) for screening purposes,[1] the Court directed service of Plaintiff's excessive force claims against Defendants Chris Corker and Alan Whitworth in their personal capacities. (Doc. No. 37). Service on Defendant Corker was returned unexecuted; the Summons that was mailed was apparently lost somewhere in transit. (Doc. No. 38).

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for Defendant Chris Corker. The United States Marshal shall serve a copy of the Amended Complaint (Doc. No. 35), Summons, and this Order on Defendant Corker without prepayment of fees and costs or security therefore. Service on Defendant Corker should be attempted at 482 C.R. 338, Cherry Valley, Arkansas 72324.

Dated this 17th day of September, 2026.

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).